**Order entered September 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01046-CV

### IN RE EDUARDO TORRES-MEDINA, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54782-2012**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Mark Rusch, Judge of the 401st Judicial District Court, Collin County, Texas, to **VACATE** his July 18, 2014 Final Decree of Divorce and his July 18, 2014 Income Withholding Order. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order(s) issued in compliance with this order. We **ORDER** that relator Eduardo Torres-Medina recover his costs of this original proceeding from real party in interest Idania Lizbeth Sanchez-Navarro Suarez.

/s/     DAVID EVANS
            JUSTICE